# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DAVID C. SUSSMAN,

    Plaintiff,

v.                                      CASE NO. 4:14cv619-RH/CAS

C. METCALF, and ASST.
WARDEN CUMBIE,

    Defendants.

_____/

## ORDER ON REPORT AND RECOMMENDATION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 62, and the objections, ECF No. 63. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion to dismiss, ECF No. 52 is granted in part and denied in part, as set out in the report and recommendation. I do *not* direct the entry of judgment

under Federal Rule of Civil Procedure 54(b).  The case is remanded to the magistrate judge for further proceedings.

    SO ORDERED on March 28, 2016.

                                       s/Robert L. Hinkle
                                       United States District Judge